**WO**  NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank A. Perrino, *et al.*, | No. CV-16-00512-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Atrium Medical Corporation, | |
| Defendant. | |

At issue is Defendant Atrium Medical Corporation's Motion to Dismiss (Doc. 6), to which Plaintiffs Frank A. and Yeseria Perrino filed a Response (Doc. 9) and Defendant filed a Reply (Doc. 16). Defendant asks the Court to dismiss this action because, in a prior action in this District, Case No. CV-15-00520-PHX-SPL, U.S. District Judge Logan dismissed Plaintiffs' claims with prejudice and, in any event, Plaintiffs' claims are time barred. (Doc. 6.)

In the prior action, Plaintiffs and Defendant jointly filed a Certificate of Conferral stating that Defendant agreed not to file a Motion to Dismiss and Plaintiffs agreed to file an Amended Complaint to address the agreed-upon defects in their Complaint by a date to be set forth by the Court. (Case No. CV-15-00520-PHX-SPL, Doc. 18.) Judge Logan ordered Plaintiffs to file the Amended Complaint by August 4, 2015, or "show cause in writing why this action should not be dismissed for failure to prosecute within such time." (Case No. CV-15-00520-PHX-SPL, Doc. 19.) When Plaintiffs filed nothing by the deadline, Judge Logan found they failed to demonstrate why the case should not be

1  dismissed for failure to prosecute and ordered "that this action is dismissed." (Case No. CV-15-00520-PHX-SPL, Doc. 23.)

By the plain language of the filings in the prior action, Judge Logan's dismissal was not based on a voluntary dismissal of the action by Plaintiffs under Federal Rule of Civil Procedure 41(a), as they now urge. Instead, Plaintiffs were under an Order of the Court to either file an Amended Complaint, as they had agreed, or show cause by a specific date why the action should not be dismissed for failure to prosecute. Judge Logan's ultimate dismissal—entered six months before Plaintiffs brought the present action—was under Federal Rule of Civil Procedure 41(b), which contemplates instances when a plaintiff "fails to prosecute or to comply with these rules or a court order." The Rule continues, "[u]nless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule . . . operates as an adjudication on the merits." Fed. R. Civ. P. 41(b). Because Judge Logan's dismissal Order did not state that the dismissal was without prejudice, it was an adjudication on the merits, and Plaintiffs may not now bring the same action again.

IT IS THEREFORE ORDERED granting Defendant Atrium Medical Corporation's Motion to Dismiss (Doc. 6).

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

Dated this 7th day of June, 2016.

_____
Honorable John J. Tuchi
United States District Judge